■ In the Matter of PETER S. AIELLO, for Reinstatement. [679 NYS2d 860] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Lawton, Hayes, Balio and Boehm, JJ. (Filed Nov. 2, 1998.)

■ In the Matter of RICHARD L. BAUMGARTEN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [679 NYS2d 860] —Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ. (Filed Nov. 6, 1998.)

■ In the Matter of GENE M. GARDNER, for Reinstatement. [679 NYS2d 860] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Lawton, Wisner, Balio and Boehm, JJ. (Filed Nov. 2, 1998.)

■ In the Matter of WILLIAM S. WOOD, a Suspended Attorney, Respondent. [679 NYS2d 860] —A certified copy of the certificate of conviction having been filed showing that William S. Wood was convicted of grand larceny in the fourth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Denman, P. J., Green, Lawton, Balio and Fallon, JJ. (Filed Nov. 2, 1998.)

■ In the Matter of ARUNDHATI KHANWALKAR, an Attorney, Resignor. [679 NYS2d 858] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Oct. 13, 1998.)

■ In the Matter of DOROTHY L. STARNES, an Attorney, Resignor. [679 NYS2d 858] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Oct. 13, 1998.)

■ In the Matter of DAVID B. WICK, an Attorney, Resignor. [679 NYS2d 858] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Oct. 13, 1998.)